768 A.2d 1104

MOUNTAIN VIEW CONDOMINIUM OWNERS
ASSOCIATION, Appellee

v.

Maria P. BOMERSBACH, Appellant.

Supreme Court of Pennsylvania.

April 5, 2001.

Kevin William Gibson, Media, for appellant, Maria P. Bomersbach.

Holly L. Setzler, West Chester, for Mountain View Ass'n.

*ORDER*

PER CURIAM:

**AND NOW,** this 5th day of April, 2001, the appeal is dismissed as having been improvidently granted.